No. 674. — Pol Serrano, recurrente, v. Registrador de

MAYAGÜEZ, recurrido.—Marzo 24, 1927. Confirmada la nota recurrida visto el caso de *Caballero* v. *El Registrador,* 32 D.P.R. 764.